FILED

05/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0074

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 22-0074

KIM PIERCE DBA KP TRUCKING,

        Plaintiff-Appellant,

  vs.

M & P LEASING, LLC,

        Defendant-Appellee.

On Appeal from the Montana Tenth Judicial District Court
Judith Basin County, Cause No. DV-23-2020-15, Hon. Jon A. Oldenburg

## ORDER OF DISMISSAL

Pursuant to the parties Stipulation For Dismissal and having been fully settled on the merits, this appeal is voluntarily dismissed.

Electronically dated and signed below.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 3 2022